UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
DAVID B. PRICKEN,

                     Plaintiff,

    -against-

LUIS O CHACASAGUAY-GANAN,

                    Defendant.
--------------------------------------------------------------------

**COMPLAINT AND
JURY DEMAND**

Civil Action No. 7:26-cv-2297

Plaintiff, by his attorneys, **SHLIVKO YOUNG LLP**, complaining of the Defendant(s) herein, respectfully alleges upon information and belief:

### AS AND FOR A FIRST CAUSE OF ACTION

1.     Plaintiff DAVID B. PRICKEN is a citizen of the State of New Jersey, Passaic County.

2.     Venue is proper in this District pursuant to 28 U.S.C. §1391 (b) (2).

3.     On January 10, 2025, the plaintiff, DAVID B. PRICKEN, was operating a motor vehicle at or around Route 59 and New County Road, Rockland, New York.

4.     By virtue of diversity of citizenship of the parties and the amount in controversy (over $75,000), this Court has subject matter jurisdiction.

5.     That plaintiff is a "covered person" as defined in Sec. 5102, Subdivision A of the Insurance Law.

6.     Upon information and belief, at all the dates and times hereinafter mentioned, the Defendant, **LUIS O CHACASAGUAY-GANAN**, owned a motor vehicle bearing the plate number **14942CF**, which was duly issued by the Motor Vehicle Department of the State of New York in the year 2020.

7.     Upon information and belief, at all the dates and times hereinafter mentioned, the

1

Defendant, **LUIS O CHACASAGUAY-GANAN**, operated and controlled a motor vehicle bearing the plate number **14942CF**, which was duly issued by the Motor Vehicle Department of the State of New York in the year 2020.

8. Upon information and belief, the Defendant, **LUIS O CHACASAGUAY-GANAN**, operated and controlled the aforementioned motor vehicle at or around the intersection of Route 59 and New County Road, Town of Airmont, New York, County of Rockland.

9. On January 10, 2025, the Plaintiff was caused to be injured by the aforesaid motor vehicle owned, operated, and controlled by Defendant by reason of Defendant's negligence, carelessness and recklessness.

10. As a result of the foregoing, the Plaintiff was caused to be rendered sick, sore, lame and disabled, was caused to suffer great pain, was caused to sustain severe and protracted injuries, was and is internally and externally injured, will continue to endure great pain and suffering and has sustained and will continue to sustain special damages, all which Plaintiff believes will continue in the future, all to their detriment and loss in an amount which exceeds the jurisdictional limits of all other Courts.

11. That as a result of the foregoing, the defendant acted recklessly and wantonly and without any regard to the safety of Plaintiff.

12. That as a result of the aforesaid vehicular accident the plaintiff, DAVID B. PRICKEN, sustained severe and serious personal injuries as defined in Section 5102(d) of the Insurance Law and/or economic loss greater than basic economic loss as defined in Section 5102(a) of the Insurance Law and/or is exempt from same.

13. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, DAVID B. PRICKEN demands trial by jury in this action of all issues so triable.

14.     Plaintiff herewith demands a trial by jury in this action.

**WHEREFORE**, Plaintiff **DAVID B. PRICKEN** demands judgment against defendant **LUIS O CHACASAGUAY-GANAN** in an amount which exceeds the jurisdictional limits of all other Courts, together with the costs and disbursements of this action. In the event that Article 16 of the CPLR applies, this case falls within an exception to the same.

Dated: New York, New York
        March 19, 2026

                                                /s/ Sam Shlivko

                                                _____
                                                SAM J. SHLIVKO, ESQ.